1  Alan J. Kessel (Cal. Bar No.: 130707)
   Keli N. Osaki (Cal. Bar No.: 179920)
2  Sandeep J. Shah (Cal. Bar No.: 210449)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182

6  Attorneys for Plaintiff DIRECTV, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 | DIRECTV, INC., a California corporation, | Case No. CV-04-3444 JF |
   |---|---|
12 | Plaintiff, | Hon. Jeremy Fogel |
13 | vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT QA PHAN AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |
14 | QA PHAN, | |
15 | Defendant. | |

16

17         IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

18 ("DIRECTV") and Defendant QA PHAN, through their respective counsel of record, that the

19 above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P.

20 41(a)(1), as to Defendant QA PHAN. Each of said parties to bear its/his/her own costs and

21 attorney's fees.

22         The terms of the Confidential Settlement Agreement dated March 2005

23 ("Agreement") entered into between the Defendant and DIRECTV require installment payments

24 from Defendant, the last of which is not due to be received until July 2005. If the Defendant does

25 not make any payment under the Agreement when due, DIRECTV is authorized to seek the entry

26 of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of Judgment

27 ("Stipulation") executed by the parties concurrently with the Agreement. The parties therefore

28 have consented, and hereby further stipulate and consent to, the retention of jurisdiction over

1   them by this Court and to reference to a Magistrate Judge in this District for the purpose of

2   enforcing the payment terms of the Agreement, including entering a Judgment against Defendant

3   pursuant to the Stipulation. The parties therefore respectfully request that the Court retain such

4   jurisdiction.

5   DATED: ~~March~~ June 9, 2005                      Respectfully Submitted,

6                                                     BUCHALTER, NEMER, FIELDS & YOUNGER
                                                      A Professional Corporation

9                                                     By: _____
                                                           Shandeep J. Shah
10                                                         Attorneys for Plaintiff DIRECTV, Inc.

11  DATED: ~~March~~ ~~2005~~
    April 01, 2005

13                                                    By: _____
                                                           QA Phan
14                                                    IN *Pro Se*

## ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant QA PHAN and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant QA PHAN is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his/her own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant QA PHAN to enforce the terms described above of the Settlement Agreement between those parties dated March 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: 6/15/05

(s/electronic signature authorized)
Honorable Jeremy Fogel
Judge of the United States District Court
Northern District of California